■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAYMOND RIVERA, Appellant. — Judgment, Supreme Court, New York County (Robert Haft, J.), rendered on January 18, 1982, unanimously affirmed. ¶ Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur — Sandler, J. P., Asch, Lynch and Kassal, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID SHAPIRO, Appellant. — Judgment, Supreme Court, Bronx County (Ivan Warner, J.), rendered on April 4, 1983, unanimously affirmed. The case is remitted to the Supreme Court, Bronx County, for further proceedings pursuant to CPL 460.50 (subd 5). No opinion. Concur — Sandler, J. P., Ross, Carro and Silverman, JJ.

■ HENRY MODELL & COMPANY, INC., Appellant, v METROPOLITAN TRANSPORTATION AUTHORITY et al., Respondents. COMMISSIONER OF NEW YORK STATE DEPARTMENT OF TRANSPORTATION, Respondent, v REGENCY-LEXINGTON PARTNERS et al., Respondents, and HENRY MODELL & CO., INC., Appellant. — Judgment, Supreme Court, New York County (Bruce Wright, J.), entered on or about April 6, 1984, unanimously affirmed. Those respondents submitting briefs shall recover of appellant one bill of $75 costs and disbursements of this appeal, and the appeal from the order of said court, entered on or about April 5, 1984, is unanimously dismissed as having been subsumed in the appeal from the aforesaid judgment, without costs and without disbursements. No opinion. Concur — Sandler, J. P., Ross, Carro, Silverman and Alexander, JJ.

■ DEBBIE LARA, Respondent, v ROSA VASQUEZ, Appellant. ROSA VASQUEZ, Appellant, v DEBBIE LARA, Respondent. — Orders, Family Court of the State of New York, New York County (Leah Marks, J.), both entered on January 3, 1983, unanimously affirmed. ¶ Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur — Sandler, J. P., Ross, Carro and Silverman, JJ.